**E-FILED**
Friday, 05 May, 2006  10:34:04 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

_____

| | |
|---|---|
| **DENNY PATRIDGE and JUDY PATRIDGE,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 05-2172 |
| ) | |
| **J.K. HARRIS COMPANY, BOBBIE MICKEY,** ) | |
| **and LARRY PHILLIPS,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

A Report and Recommendation (#33) was filed by the Magistrate Judge in the above cause on April 18, 2006. More than ten (10) days have elapsed since filing of the Recommendation and no objections have been made. <u>See</u> 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. <u>See</u> <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

The United States' Motion to Intervene (#17) is DENIED.

ENTERED this 5th day of May, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE