# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**DENNY PATRIDGE,**
**Plaintiff,**

vs.                                                                                            Case Number:   **05-2172**

**J. K. HARRIS & CO., ET AL,**
**Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that judgment is entered  in favor of the defendants and against the plaintiffs.   This case is terminated.

ENTER this 13th day of September 2007

s/JOHN M. WATERS, CLERK
JOHN M. WATERS, CLERK

s/K. Wynn
BY:  DEPUTY CLERK